

IN THE
TENTH COURT OF APPEALS

_____

No. 10-15-00408-CV

IN RE LYNN HOLLAND

_____

Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed December 10, 2015
[OT06]

